DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OKEECHOBEE COUNTY,**
Appellant,

v.

**FLOYD JOSEPH O'BANNON, RODOLFO MARTINEZ-ESQUIVEL,** and
**MOON LINE PROPERTY MAINTENANCE, LLC,**
Appellees.

No. 4D2025-2329

[August 13, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472023CA000353CAAXMX.

Lyman Hawley Reynolds, Jr., Gemma Torcivia, Zackery VonCarlo Good, Katherine E. Herald, George P. Roberts, Jr. of Roberts Reynolds Bedard & Tuzzio, PLLC, West Palm Beach, for appellant.

James D. Tittle Jr. of Tittle, Kairalla & Logan, P.L., West Palm Beach, for appellee Floyd Joseph O'Bannon.

Jeffrey Allen Fadley of Fadley Law, Okeechobee, for appellee Rodolfo Martinez-Esquivel.

Cynthia M. Ramos of Shapiro Ramos, P.A., Miami, for appellee Moon Line Property Maintenance, LLC.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***